# Third District Court of Appeal

## State of Florida

Opinion filed November 9, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D16-1115
Lower Tribunal No. 16-6769
_____

**Stephanie Morell,**
Appellant,

vs.

**Rodolfo Ruiz,**
Appellee.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, Gill S. Freeman, Judge.

Greenspoon Marder and Michael J. Alman (Ft. Lauderdale), for appellant.

Law Offices of Karim Batista, P.A. and Karim Batista, for appellee.

Before SUAREZ, C.J., and SALTER and LOGUE, JJ.

SUAREZ, C.J.

Appellant Stephanie Morell appeals an Order requiring her to file a petition for relocation under Florida Statute Section 61.13001 (2016). We reverse because

that statute has no application to the facts of this case. Appellant resided in Palm Beach County at the time the underlying action was filed and thus is not required to file a petition to obtain the trial court's permission to "relocate" to Palm Beach County.

Reversed.